IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



BRIAN TURNER,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　1:26-CV-00011
　　　　　　　　　　　　　　　　　　)
RON PARRISH, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)

## ORDER

This matter is before the Court for review of the Text Order and Recommendation ("Recommendation") filed on January 20, 2026, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). In the Recommendation, the Magistrate Judge recommends that Plaintiff's complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Recommendation was served on Plaintiff on January 20, 2026. Dkt. 4. Plaintiff filed timely objections to the Recommendation. Dkt. 5.

This Court is required to "make a *de novo* determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." *Id.*

This Court has considered Plaintiff's arguments in his objections and has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. Federal Rule of Civil Procedure 8(a)(2) requires only a "short and plain statement of the claim showing that the pleader is entitled to relief." But that statement must still include "enough facts to state a claim to relief" and give the defendant "fair notice of . . . the grounds upon which [the claims] rest[]." *Giarratano v. Johnson*, 521 F.3d 298, 304 n.5 (4th Cir. 2008). Although the Court must construe a *pro se* complaint liberally, "liberal construction does not mean overlooking the pleading requirements under the Federal Rules of Civil Procedure." *Bing v. Brivo Sys., LLC*, 959 F.3d 605, 618 (4th Cir. 2020). Because Plaintiff's complaint does not meet these standards, this Court adopts the Magistrate Judge's Recommendation. Plaintiff may file a new complaint in accordance with the requirements of Federal Rule of Civil Procedure 8(a).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of March 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE